Allan Berger, LA Bar 2977
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-9481
Facsimile: (504) 483-8130
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699<br>District Judge: Charles R. Breyer |
| NORWEIDA BOOTH AND OTHERS INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF EARLINE GLEASON | Case No. 06-3682 |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| VS. | |
| PFIZER, INC., et al | |
| Defendants. | |

Comes now the Plaintiff, **NORWEIDA BOOTH AND OTHERS INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF EARLINE GLEASON**, by and through the undersigned attorney(s), pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby seeks dismissal of this action *with prejudice* with each side bearing its own attorneys' fees and costs.

Dated: 3-18-09         BY _____
                         Attorney for Plaintiff, Earline Gleason

```
                                    ALLAN BERGER & ASSOC., P.L.C.
                                    ALLAN BERGER (BAR #2977)
                                    4173 Canal Street
                                    New Orleans, LA 70119
                                    Telephone: (504) 486-9481
                                    Facsimile: (504) 483-2201
                                    aberger@allan-berger.com
```

Dated: December 11, 2009        BY: _____

```
                                    DLA PIPER LLP (US)
                                    1251 Avenue of the Americas
                                    New York, NY 10020
                                    (212)335-4500
                                    Fax: 212-335-4501
                                    DEFENDANTS' LIAISON COUNSEL
```

**PURSUANT TO THE TERMS SET FORTH IN THIS PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 1 8 2009

_____
Hon. Charles R. Breyer,
United States District Court