Allan Berger, LA Bar 2977
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana  70119
Telephone: (504) 486-9481
Facsimile: (504) 483-8130
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | * | MDL No. 1699<br>District Judge: Charles R. Breyer |
| DIANE MISKELL AND OTHERS INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROSA MISKELL | * | Case No 06-~~1264~~ 03682 |
| Plaintiff. | * | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| VS | * | |
| PFIZER, INC., et al | * | |
| Defendants | * | |

Comes now the Plaintiff, **DIANE MISKELL AND OTHERS INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROSA MISKELL**, by and through the undersigned attorney(s), pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby seeks dismissal of this action *with prejudice* with each side bearing its own attorneys' fees and costs.

Dated: _____     BY _____
                                    Attorney for Plaintiff, Rosa Miskell

ALLAN BERGER & ASSOC., P.L.C.
ALLAN BERGER (BAR #2977)
4173 Canal Street
New Orleans, LA 70119
Telephone: (504) 486-9481
Facsimile: (504) 483-2201
aberger@allan-berger.com

Dated: March 12, 2010        BY: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212)335-4500
Fax: 212-335-4501
*DEFENDANTS' LIAISON COUNSEL*

**PURSUANT TO THE TERMS SET FORTH IN THIS PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 5, 2010

Hon. Charles R. Breyer,
United States District Court